1

2

3

4                                                          re dkt: no. 10

5                                                          JS-6

6

7

8

9

10                          UNITED STATES DISTRICT COURT

11                         CENTRAL DISTRICT OF CALIFORNIA

12                                WESTERN DIVISION

13

14   CARPENTERS SOUTHWEST            )   NO. 2:11-cv-06424-JHN -FMOx
15   ADMINISTRATIVE CORPORATION,     )
     a California non-profit corporation; and  )
16   BOARD OF TRUSTEES FOR THE       )
     CARPENTERS SOUTHWEST            )
17   TRUSTS,                         )   **JUDGMENT**
                                     )
18                Plaintiffs,        )
                                     )
19   v.                              )   Honorable Jacqueline H. Nguyen
                                     )
20   R.W. SHANNON, INC., a Georgia   )
     corporation; and DOES 1 through 10,  )
21   inclusive,                      )
                                     )
22                Defendant.         )
     _____ )
23

24        This case came for hearing on April 9, 2012 before the Honorable Jacqueline

25   H. Nguyen, United States District Court Judge.

26        It appearing that defendant, R.W. SHANNON, INC., a Georgia corporation,

27   having been regularly served with process, having failed to plead or otherwise

28   defend this action and its default having been entered; on application of the

CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and

BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to

the Court and after having considered the papers and arguments submitted in

support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and

BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

have judgment against R.W. SHANNON, INC., a Georgia corporation, as follows:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $39,406.01 |
| 2. | Liquidated damages | $5,106.65 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to April 9, 2012 (accruing at $8.53 per day) | $5,093.31 |
| 4. | Attorneys' fees pursuant to Local Rule 55-3 | 3,270.76 |
| | GRAND TOTAL | $52,876.73 |
| 5. | Plus costs to be determined after entry of judgment. | |
| 6. | Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the statutory rate. | |

DATED: April 3, 2012

THE HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE