re dkt: no. 10

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>R.W. SHANNON, INC., a Georgia corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendant.<br>_____ | NO. 2:11-cv-06424-JHN -FMOx<br><br>**JUDGMENT**<br><br>Honorable Jacqueline H. Nguyen |

This case came for hearing on April 9, 2012 before the Honorable Jacqueline H. Nguyen, United States District Court Judge.

It appearing that defendant, R.W. SHANNON, INC., a Georgia corporation, having been regularly served with process, having failed to plead or otherwise defend this action and its default having been entered; on application of the

CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and

BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment against R.W. SHANNON, INC., a Georgia corporation, as follows:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $39,406.01 |
| 2. | Liquidated damages | $5,106.65 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to April 9, 2012 (accruing at $8.53 per day) | $5,093.31 |
| 4. | Attorneys' fees pursuant to Local Rule 55-3 | 3,270.76 |
| | GRAND TOTAL | $52,876.73 |
| 5. | Plus costs to be determined after entry of judgment. | |
| 6. | Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the statutory rate. | |

DATED: April 3, 2012

_____
THE HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

2